**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Bianca Winkler and Otis Goodwine, Defendants,

Of whom Otis Goodwine is the Appellant.

In the interests of minors under the age of eighteen.

Appellate Case No. 2024-001306

———————————

Appeal From Orangeburg County
Michael H. Murphy, III, Family Court Judge

———————————

Unpublished Opinion No. 2025-UP-006
Submitted December 23, 2024 – Filed January 3, 2025

———————————

**AFFIRMED**

———————————

Harry A. Hancock, of Columbia, for Appellant.

Patrick A. McWilliams, of South Carolina Department of Social Services, of Orangeburg, for Respondent.

Jerrod Austin Anderson, of Anderson Law Office, P.A., of Orangeburg, for the Guardian ad Litem.

**PER CURIAM:**  Otis Goodwine appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Goodwine's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.